IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 18 cv 5792 |
| | ) | |
| vs | ) | Judge Kendall |
| | ) | |
| JOHN DOE, subscriber assigned IP address 76.29.0.46, | ) | Magistrate Judge Kim |
| | ) | |
| | ) | |
| Defendant | ) | |

**TO:** All Parties via CM/ECF

**PLEASE TAKE NOTICE** that on **September 7, 2018 at 9:00 am,** or as soon thereafter as I may be heard, I shall appear before the Honorable Virginia M. Kendall or any judge sitting in her stead in **Courtroom** 2319 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:** FOR DISCOVERY PRIOR TO RULE 26 CONFERENCE.

_____
### CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, I provided service to the person or persons listed above by the following means: CM/ECF

Signature: __/s/ Mary K. Schulz          Date: August 29, 2018

Mary K. Schulz, 6183773
Media Litigation Firm, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
312.213-7196