## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Malibu Media, LLC

                                  Plaintiff,

v.                                                 Case No.: 1:18–cv–05792

                                                        Honorable Virginia M. Kendall

John Doe, subscriber assigned IP address 76.29.0.46

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, October 10, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 10/10/2018. Defendant's Motion for reconsideration of Order granting Third–Party Subpoena prior to Rule 26(f) Conference [11] is taken under advisement. Defendant';s oral motion to file a reply is granted. Reply due by 10/17/2018. Ruling will be by mail. Initial Status hearing set for 12/4/2018 is reset 1/10/2019 at 9:00 AM. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.